B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kyser, Denise S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Denise Susan Shaw** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1750 Sandstone Pkwy<br>Montgomery, IL**<br>ZIP Code **60538** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Kyser, Denise S.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **Eastern** | Case Number:<br>**08-53218** | Date Filed:<br>**5/30/08** |
| Location<br>Where Filed: **See Attachment** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Antonio D. Kyser** | Case Number:<br>**09-68022** | Date Filed:<br>**9/09/09** |
| District:<br>**Detroit - Eastern** | Relationship:<br>**Husband** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Roxanna M. Hipple, Esq.**        **August 28, 2012**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Roxanna M. Hipple, Esq. 6211097** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kyser, Denise S.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Denise S. Kyser**
Signature of Debtor  **Denise S. Kyser**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 28, 2012**
Date

### Signature of Attorney*

X **/s/ Roxanna M. Hipple, Esq.**
Signature of Attorney for Debtor(s)

**Roxanna M. Hipple, Esq. 6211097**
Printed Name of Attorney for Debtor(s)

**KUMOR & HIPPLE, P.C.**
Firm Name

**303 West Main Street**
**West Dundee, IL 60118**

_____
Address

**Email: rhipple@kumorhipple.com**
**(847) 426-2900  Fax: (847) 426-2907**
Telephone Number

**August 28, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Denise S. Kyser**_____,    Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| **Milwaukee WI** | **0627054JES** | **12/01/06** |
| **Eastern MI** | **200359453** | **07/11/03** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Denise S. Kyser** _____  Case No. _____
                                        Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Denise S. Kyser**
                       **Denise S. Kyser**

Date:   **August 28, 2012**

Certificate Number: 03088-ILN-CC-018874972



03088-ILN-CC-018874972

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 6, 2012</u>, at <u>9:51</u> o'clock <u>PM CDT</u>, <u>Denise S Kyser</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>August 6, 2012</u>          By:  <u>/s/Morgan L Quintana</u>

Name:  <u>Morgan L Quintana</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Denise S. Kyser**                                          ,
                                    Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,743.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 7,795.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 272,334.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 6,405.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,644.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 6,743.00 | | |
| Total Liabilities | | | | 280,129.57 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Denise S. Kyser**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 7,795.03 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 7,795.03 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,405.17 |
| Average Expenses (from Schedule J, Line 18) | 6,644.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,226.91 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 7,795.03 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 272,334.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 272,334.54 |

B6A (Official Form 6A) (12/07)

In re   **Denise S. Kyser**                                                                    ,          Case No. _____
                                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **Denise S. Kyser**                                                    ,        Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash: 25.00** | J | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: 7133**<br><br>**Checking Account: 1780 Best Bank** | J<br><br>W | 71.00<br><br>122.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Household Goods, Appliances, Furniture, Office** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: Music, DVDs, CDs, Books** | J | 50.00 |
| 6.  Wearing apparel. | | **Clothes** | J | 1,500.00 |
| 7.  Furs and jewelry. | | **Jewelry: 2 wedding rings** | J | 1,200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **4,468.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Denise S. Kyser**                                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Denise S. Kyser**                                                ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2002 Mercury Mountaineer 157,000 miles fair condition** | W | 2,275.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 2,275.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 6,743.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

**B6C (Official Form 6C) (4/10)**

.

In re    **Denise S. Kyser**                                                    ,         Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash: 25.00** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: 7133** | **735 ILCS 5/12-1001(b)** | **71.00** | **71.00** |
| **Checking Account: 1780 Best Bank** | **735 ILCS 5/12-1001(b)** | **122.00** | **122.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture: Household Goods, Appliances, Furniture, Office** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: Music, DVDs, CDs, Books** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **Jewelry: 2 wedding rings** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2002 Mercury Mountaineer 157,000 miles fair condition** | **735 ILCS 5/12-1001(c)** | **2,275.00** | **2,275.00** |

|  | Total: | **6,743.00** | **6,743.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Denise S. Kyser**                                                                    Case No. _____
                                    _____,
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C  Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Denise S. Kyser**                                                                                      ,        Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Denise S. Kyser** _____,    Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **100-0**  **Creditor #: 1**  **City of Milwaukee**  **Office of the Treasurer, City Hall**  **Room 103, 200 East Wells St.**  **Milwaukee, WI 53202** | | W | **12/1/2007**  **Property Tax 2007 & 2008: Foreclosed Property: 5000 N. 85th Street Milwaukee, WI 53202 (receiving bills)** | | | | **5,600.00** | **0.00** | **5,600.00** |
| Account No.  **Creditor #: 2**  **Illinois Department of Revnue**  **P.O. Box 1040**  **Galesburg, IL 61402-1040** | | J | **04/15/2012**  **Income Tax 2011 state income tax owed** | | | | **1,736.00** | **0.00** | **1,736.00** |
| Account No. **xxx-xxxxxxxx91-02**  **Creditor #: 3**  **Wisconsin Dept of Revenue**  **P.O. Box 8901**  **Madison, WI 53708-8901** | X | W | **12/1/2008**  **Other (Tax 2008 state income tax owed)** | | | | **459.03** | **0.00** | **459.03** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **7,795.03** | **7,795.03** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **7,795.03** | **7,795.03** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Denise S. Kyser**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx09N1 |  |  | Opened  3/01/08 Collection Attorney Aurora Med Grp Milwaukee |  |  |  |  |
| Creditor #: 1 Account Recovery Service 3031 N 114th St Milwaukee, WI 53222 |  | - |  |  |  |  | 190.00 |
| Account No. xxxxxx26N1 |  |  | Opened 11/01/07 Collection Attorney Aurora Med Grp Milwaukee |  |  |  |  |
| Creditor #: 2 Account Recovery Service 3031 N 114th St Milwaukee, WI 53222 |  |  |  |  |  |  | 152.00 |
| Account No. xxxxxx18N1 |  |  | Opened  3/01/08 Collection Attorney Aurora Med Grp Milwaukee |  |  |  |  |
| Creditor #: 3 Account Recovery Service 3031 N 114th St Milwaukee, WI 53222 |  |  |  |  |  |  | 141.00 |
| Account No. xxxxxx10N1 |  |  | Opened  3/01/08 Collection Attorney Aurora Med Grp Milwaukee |  |  |  |  |
| Creditor #: 4 Account Recovery Service 3031 N 114th St Milwaukee, WI 53222 |  | - |  |  |  |  | 113.00 |
|  |  |  | Subtotal (Total of this page) |  |  |  | 596.00 |

__24__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx03N1**<br><br>**Creditor #: 5**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | | | Opened  3/01/08<br>Collection Attorney Aurora Med Grp<br>Milwaukee | | | | 105.00 |
| Account No. **xxxxxx19N1**<br><br>**Creditor #: 6**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | | | Opened  3/01/08<br>Collection Attorney Aurora Med Grp<br>Milwaukee | | | | 65.00 |
| Account No. **xxxxxx22N1**<br><br>**Creditor #: 7**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | | | Opened  3/01/08<br>Collection Attorney Aurora Med Grp<br>Milwaukee | | | | 38.00 |
| Account No. **xxxxxx02N1**<br><br>**Creditor #: 8**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | | | Opened  3/01/08<br>Collection Attorney Aurora Med Grp<br>Milwaukee | | | | 29.00 |
| Account No. **xxxxxx17N1**<br><br>**Creditor #: 9**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | | | Opened  3/01/08<br>Collection Attorney Aurora Med Grp<br>Milwaukee | | | | 28.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

265.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx14N1**<br><br>Creditor #: 10<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 28.00 |
| Account No. **xxxxxx21N1**<br><br>Creditor #: 11<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 26.00 |
| Account No. **xxxxxx20N1**<br><br>Creditor #: 12<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 22.00 |
| Account No. **xxxxxx04N1**<br><br>Creditor #: 13<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 21.00 |
| Account No. **xxxxxx08N1**<br><br>Creditor #: 14<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 21.00 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                                                            ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx05N1** <br><br> **Creditor #: 15** <br> **Account Recovery Service** <br> **3031 N 114th St** <br> **Milwaukee, WI 53222** | - | | **Opened  3/01/08** <br> **Collection Attorney Aurora Med Grp** <br> **Milwaukee** | | | | 17.00 |
| Account No. **xxxxxx13N1** <br><br> **Creditor #: 16** <br> **Account Recovery Service** <br> **3031 N 114th St** <br> **Milwaukee, WI 53222** | - | | **Opened  3/01/08** <br> **Collection Attorney Aurora Med Grp** <br> **Milwaukee** | | | | 13.00 |
| Account No. **xxxxxx16N1** <br><br> **Creditor #: 17** <br> **Account Recovery Service** <br> **3031 N 114th St** <br> **Milwaukee, WI 53222** | - | | **Opened  3/01/08** <br> **Collection Attorney Aurora Med Grp** <br> **Milwaukee** | | | | 10.00 |
| Account No. **xxxxxx15N1** <br><br> **Creditor #: 18** <br> **Account Recovery Service** <br> **3031 N 114th St** <br> **Milwaukee, WI 53222** | - | | **Opened  3/01/08** <br> **Collection Attorney Aurora Med Grp** <br> **Milwaukee** | | | | 7.00 |
| Account No. **xxxxxx06N1** <br><br> **Creditor #: 19** <br> **Account Recovery Service** <br> **3031 N 114th St** <br> **Milwaukee, WI 53222** | - | | **Opened  3/01/08** <br> **Collection Attorney Aurora Med Grp** <br> **Milwaukee** | | | | 6.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx11N1**<br><br>**Creditor #: 20**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 6.00 |
| Account No. **xxxxxx07N1**<br><br>**Creditor #: 21**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 2.00 |
| Account No. **xxxxxx12N1**<br><br>**Creditor #: 22**<br>**Account Recovery Service**<br>**3031 N 114th St**<br>**Milwaukee, WI 53222** | - | | Opened  3/01/08<br>**Collection Attorney Aurora Med Grp**<br>**Milwaukee** | | | | 1.00 |
| Account No. **8096**<br><br>**Creditor #: 23**<br>**Advanced Healthcare, S.C.**<br>**P.O. Box 091700**<br>**Milwaukee, WI 53209-8700** | W | | **Medical Bill** | | | | 781.00 |
| Account No.<br><br>**Creditor #: 24**<br>**Allergy Asthma & Sinus Center**<br>**2228 Weber Road**<br>**Crest Hill, IL 60403** | W | | **Medical Bill** | | | | 35.00 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        825.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3188** | | | 6/24/06 - 8/28/06 | | | | |
| **Creditor #: 25** **American Honda Finance** **Attn: Bankruptcy** **3625 West Royal Lane Suite 200** **Irving, TX 75063** | | - | **Auto Lease (voluntarily surrendered 9/2006)** | | | | 14,327.00 |
| Account No. **xxx480A** | | | Medical Bill | | | | |
| **Creditor #: 26** **Americollect Inc** **1851 S Alverno Rd** **Manitowoc, WI 54220** | | - | | | | | 214.00 |
| Account No. **xxxxx5901** | | | 7/01/01 - 3/22/03 | | | | |
| **Creditor #: 27** **Arcadia Financial** **Citifinancial/Attn: Bankruptcy Dept** **1111 Northpoint Dr** **Coppell, TX 75019** | | - | **Automobile - Deficiency** | | | | Unknown |
| Account No. **x-xxx4308** | | | 02/1/2012 | | | | |
| **Creditor #: 28** **ASF** **640 Plaza Drive #300** **Highlands Ranch, CO 80129** | | W | **Other - World Gym** | | | | 200.00 |
| Account No. **xxx5559** | | | Medical Bill | | | | |
| **Creditor #: 29** **Assoc Coll** **Po Box 1039** **Janesville, WI 53547** | | - | | | | | 100.00 |

Sheet no. __5___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,841.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8930<br><br>**Creditor #: 30**<br>**Assoc Coll**<br>**Po Box 1039**<br>**Janesville, WI 53547** | - | | **Medical Bill** | | | | 67.00 |
| Account No. 3188<br><br>**Creditor #: 31**<br>**Aurora Advanced Healthcare, Inc.**<br>**P.O. Box 091700**<br>**Milwaukee, WI 53209-8700** | | W | **Medical Bill** | | | | 72.00 |
| Account No. 9733<br><br>**Creditor #: 32**<br>**Aurora Medical Group**<br>**P.O. Box 341457**<br>**Milwaukee, WI 53234-1457** | | W | **Medical Bill** | | | | 31.00 |
| Account No.<br><br>**Creditor #: 33**<br>**Beaumont Hospitals**<br>**750 Stephenson Hwy**<br>**P.O. Box 5042**<br>**Troy, MI 48007** | | W | **Medical Bill** | | | | 308.00 |
| Account No.<br><br>**Creditor #: 34**<br>**Beaumont Laboratory**<br>**P.O. Box 5043**<br>**Troy, MI 48007** | | W | **Medical Bill** | | | | 500.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

978.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5872**<br><br>**Creditor #: 35**<br>**Beaumont Laboratory**<br>**P.O. Box 5043**<br>**Troy, MI 48007-5043** | | W | **05/19/2011**<br>**Medical Bill** | | | | 64.46 |
| Account No.<br><br>**Creditor #: 36**<br>**Beaumont Troy Hospital**<br>**LJ Ross and Associates**<br>**P.O. Box 1838**<br>**Ann Arbor, MI 48106** | | W | **07/10/2009**<br>**Medical Bill** | | | | 6,746.00 |
| Account No. **xxxxx4412**<br><br>**Creditor #: 37**<br>**Beloit Memorial Hospital**<br>**1969 West Hart Hospital**<br>**Beloit, WI 53511** | | W | **10/1/2011**<br>**Medical Bill** | | | | 735.00 |
| Account No.<br><br>**Creditor #: 38**<br>**Beloit Radiology Ltd.**<br>**2101 Riverside Drive**<br>**Beloit, WI 53511** | | W | **10/1/2011**<br>**Medical Bill** | | | | 75.00 |
| Account No. **xx-xxxx9302**<br><br>**Creditor #: 39**<br>**CBCS**<br>**P.O. Box 163333**<br>**Columbus, OH 43216** | | W | **Medical Bills** | | | | 1,013.80 |

Sheet no. _**7**___ of _**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,634.26

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise S. Kyser**
                                                                    ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 09/1/2005 Deficiency Balance - Foreclosure 2nd Mortgage on: 5000 N. 85th Street, Milwaukee, WI 53225. Sherrif's sale held 12/2010. | | | | |
| Creditor #: 40 Chase Corporate Headquarters 270 Park Avenue New York, NY 10017 | X | W | | | | | | 30,000.00 |
| Account No. xxxxxx5365 | | | | 09/20/2005 Deficiency Balance - Foreclosure -1st mortgage on 5000 N. 85th Street, Milwaukee, WI 53225 Sherrif's sale held 12/2010. | | | | |
| Creditor #: 41 Chase Home Finance Gray & Associates, LLP 600 North Broadway, Ste 300 Milwaukee, WI 53202-5099 | X | W | | | | | | 125,000.00 |
| Account No. 7046 | | | | Medical Bill | | | | |
| Creditor #: 42 Children's Hospital and Health System Drawer 531 Milwaukee, WI 53278 | | W | | | | | | 237.00 |
| Account No. xxxxxxxxxxxxxxxx7016 | | | | Opened  3/01/11 Collection Attorney Patrick Flaherty | | | | |
| Creditor #: 43 Cmre Financial Services Inc 3075 E Imperial Hwy Suite 200 Brea, CA 92821 | - | | | | | | | 546.00 |
| Account No. xxxxxxxxxxxxxxxx7015 | | | | Opened  3/01/11 Collection Attorney Patrick Flaherty | | | | |
| Creditor #: 44 Cmre Financial Services Inc 3075 E Imperial Hwy Suite 200 Brea, CA 92821 | - | | | | | | | 411.00 |

Sheet no. __8__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,194.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                         ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx8502 | | | | | 8/05/04 - 11/01/06 Educational Bill | | | | |
| Creditor #: 45 Colorado Student Loa/College Assist 1560 Broadway Ste. 1700 Denver, CO 80202 | | | - | | | | | | 2,607.00 |
| Account No. xxxxxx8501 | | | | | 7/29/04 - 12/01/99 Educational Bill | | | | |
| Creditor #: 46 Colorado Student Loa/College Assist 1560 Broadway Ste. 1700 Denver, CO 80202 | | | - | | | | | | 2,555.00 |
| Account No. 1773 | | | W | | 02/1/2011 Utility Bill | | | | |
| Creditor #: 47 Comcast Cable Crd Prt Asso One Galleria Tower, 13355 Noel Rd. S Dallas, TX 75240 | | | | | | | | | 899.00 |
| Account No. xxxx7252 | | | | | Medical Bill | | | | |
| Creditor #: 48 Comprehensive Collection Po Box 163333 Columbus, OH 43216 | | | - | | | | | | 943.00 |
| Account No. xxx6640 | | | | | Opened  3/01/12 Collection Attorney Women S Health Specialists | | | | |
| Creditor #: 49 Congress Collection Co 24901 Northwestern Highway Suite 300 Southfield, MI 48075 | | | - | | | | | | 55.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **7,059.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx xx xx xx43 59** | | | | 05/1/2012 Utility Bill | | | | |
| **Creditor #: 50 Consumers Energy Lansing Lansing, MI 48937-0001** | | W | | | | | | 800.00 |
| Account No. **xxxx5634** | | | | Opened 2/01/11 Collection Attorney Wow Internet Cable Service | | | | |
| **Creditor #: 51 Credit Management Lp 4200 International Pkwy Carrollton, TX 75007** | | - | | | | | | 100.00 |
| Account No. **xxxxx4391** | | | | Opened 4/01/11 Collection Attorney General Radiology Associates P | | | | |
| **Creditor #: 52 Credit Services Inc 304 Quincy St Hancock, MI 49930** | | - | | | | | | 285.00 |
| Account No. **xxxxx8734** | | | | Opened 8/01/09 Collection Attorney General Radiology Associates P | | | | |
| **Creditor #: 53 Credit Services Inc 304 Quincy St Hancock, MI 49930** | | - | | | | | | 260.00 |
| Account No. | | | | 2006 Other Debt | | | | |
| **Creditor #: 54 Curves International Attn: legal/BK Dept. 100 Ritchie Road Waco, TX 76712** | | W | | | | | | 348.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,793.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Denise S. Kyser**_____,     Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6415** | | | | | 2007 Other Debt | | | | |
| Creditor #: 55 Disney Bookclub c/o North Shore Agency P.O. Box 8901 Westbury, NY 11590-8901 | | | W | | | | | | 39.00 |
| Account No. | | | | | 2007 Other Debt | | | | |
| Creditor #: 56 Disney Movie Club P.O. Box 758 Neenah, WI 54957-0758 | | | W | | | | | | 59.00 |
| Account No. **xxxx5329** | | | | | Medical Bill | | | | |
| Creditor #: 57 Dryer Medical Group, LTD. P.O. Box 105173 Atlanta, GA 30348-5173 | | | W | | | | | | 1,000.00 |
| Account No. **xxxxxxx0034** | | | | | 5/01/09 - 5/07/10 Utility Bill | | | | |
| Creditor #: 58 Dte Energy Attention: Bankruptcy Department Po Box 740786 Cincinnati, OH 45274 | | | - | | | | | | 376.00 |
| Account No. **0407** | | | | | Medical Bill | | | | |
| Creditor #: 59 Eastpointe Radiologists PC 36175 Harper Ave Clinton Twp., MI 48035 | | | W | | | | | | 31.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,505.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                      ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9480** | | | Medical Bill | | | | |
| Creditor #: 60<br>**Emergency Medical Associates<br>6400 Industrial Loop<br>Greendale, WI 53129** | | W | | | | | 213.00 |
| Account No. **xxxxx-xx9082** | | | 09/2/2011<br>Medical Bill | | | | |
| Creditor #: 61<br>**Emergency Treatment, S.C.<br>900 Jorie Blvd., Ste 220<br>Oak Brook, IL 60523** | | W | | | | | 36.75 |
| Account No. **xxx xxxxx & xxx 2229** | | | Medical Bills | | | | |
| Creditor #: 62<br>**Empact Emergency Phys LLC<br>P.O. Box 5997<br>Dept 20 7009<br>Carol Stream, IL 60197-5997** | | W | | | | | 175.25 |
| Account No. **1629** | | | 2006<br>Other | | | | |
| Creditor #: 63<br>**Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303** | | W | | | | | 103.00 |
| Account No. **various** | | | 04/7/2011<br>Medical Bill | | | | |
| Creditor #: 64<br>**General Radiology Assoc.<br>Credit Services Inc.<br>304 Quincy St<br>Hancock, MI 49930** | | W | | | | | 545.00 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,073.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                          ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Creditor #: 65 Harness Law Offices 4465 North Oakland Ave. Suite G Milwaukee, WI 53211-1662** | | W | | Legal Bill | | | | 2,773.00 |
| Account No. **Creditor #: 66 Healthport P.O. Box 409900 Atlanta, GA 30384** | | W | | Medical Bill | | | | 20.00 |
| Account No. **1179** **Creditor #: 67 Henry Ford Macomb Hospital 15855 19 Mile Rd. Clinton Twp., MI 48038** | | W | | Medical Bill | | | | 1,672.00 |
| Account No. **xx7026** **Creditor #: 68 Henry Ford Macomb Hospital P.O. Box 673981 Detroit, MI 48267-3981** | | W | | 10/27/2010 Medical Bill | | | | 70.80 |
| Account No. **xxxxxxxxx-0300** **Creditor #: 69 Henry Ford Macomb Hospital 15855 19 Mile Rd. Clinton Twp., MI 48038** | | W | | 10/27/2010 Medical Bill | | | | 102.00 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,637.80**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise S. Kyser**                                                    ,        Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx4805** <br><br> **Creditor #: 70** <br> **Henry Ford Macomb Hospital CRNA** <br> **P.O. Box 673976** <br> **Detroit, MI 48267-3976** | | | W | | 07/13/2011 <br> **Medical Bill** | | | | 14.70 |
| Account No. **xxxxx6607** <br><br> **Creditor #: 71** <br> **Henry Ford Pathology** <br> **P.O. Box 673835** <br> **Detroit, MI 48267-3835** | | | W | | 07/13/2011 <br> **Medical Bill** | | | | 10.45 |
| Account No. <br><br> **Creditor #: 72** <br> **Henry Ford Pathology CT** <br> **P.O. Box 673835** <br> **Detroit, MI 48267** | | | W | | **Medical Bill** | | | | 24.00 |
| Account No. **9081** <br><br> **Creditor #: 73** <br> **Illinois Collections Services** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477** | | | W | | **Medical Bill** | | | | 30.00 |
| Account No. <br><br> **Creditor #: 74** <br> **Jack L. Berman** <br> **22305 Woodward Ave.** <br> **Ferdale, MI 48220** | | | W | | **Legal Bill** | | | | 2,000.00 |

Sheet no. __**14**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,079.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise S. Kyser** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7520**<br><br>Creditor #: 75<br>**JJ Marshall & Associates**<br>**Po Box 6099**<br>**Jackson, MI 49204** | - | | | **Opened 10/01/11**<br>**Collection Attorney Beaumont Troy Hospital** | | | | 3,541.00 |
| Account No. **xxx7521**<br><br>Creditor #: 76<br>**JJ Marshall & Associates**<br>**Po Box 6099**<br>**Jackson, MI 49204** | - | | | **Opened 10/01/11**<br>**Collection Attorney Beaumont Troy Hospital** | | | | 2,898.00 |
| Account No. **xxx8204**<br><br>Creditor #: 77<br>**Jj Marshall & Associates**<br>**Po Box 6099**<br>**Jackson, MI 49204** | - | | | **Opened  5/01/12**<br>**Collection Attorney Beaumont Troy Hospital** | | | | 307.00 |
| Account No. **Denise Shaw**<br><br>Creditor #: 78<br>**Kathy Peirce**<br>**37715 Ingleside**<br>**Clinton Twp., MI 48036** | | W | | **11/1/2010**<br>**Other Debt (Prior Landlord, last week of rent & water bill).** | | | | 354.77 |
| Account No. **5872**<br><br>Creditor #: 79<br>**Law Offices of Donald R Conrad**<br>**c/o Beaumont Reference Lab**<br>**13750 Merriman**<br>**Livonia, MI 48150** | | W | | **Medical Bill** | | | | 74.00 |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,174.77

B6F (Official Form 6F) (12/07) - Cont.

In re __Denise S. Kyser_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx & xxx7520** | | | | Medical Bill | | | | |
| **Creditor #: 80** **LJ Ross Associates, Inc.** **P.O. Box 6099** **Jackson, MI 49204-6099** | | W | | | | | | **6,440.16** |
| Account No. **0038** | | | | 04/6/2012 Medical Bill | | | | |
| **Creditor #: 81** **M & M Credit** **6324 Taylor Dr.** **Flint, MI 48507** | | W | | | | | | **70.00** |
| Account No. | | | | Medical Bill | | | | |
| **Creditor #: 82** **Macomb Anesthesia, PC** **P.O. Box 380404** **Clinton Twp., MI 48038** | | W | | | | | | **42.00** |
| Account No. **xxxxx0512** | | | | 07/13/2011 Medical Bill | | | | |
| **Creditor #: 83** **Macomb Anesthesia, PC** **P.O. Box 380404** **Clinton Twp., MI 48038-0065** | | W | | | | | | **42.30** |
| Account No. **xxxx-xxxxx1-DLX** | | | | 05/1/2010 Other Debt (Fees owed for diversion program for minor child). | | | | |
| **Creditor #: 84** **Macomb County** **Reimbursement Division** **40 N. Main, 5th Floor** **Mt. Clemens, MI 48043** | | W | | | | | | **200.00** |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,794.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                                                      ,     Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-3207**<br><br>**Creditor #: 85**<br>**MCS Collections, Inc.**<br>**725 South Wells Street**<br>**Suite 501**<br>**Chicago, IL 60607** | | W | | Medical Bill | | | | 36.75 |
| Account No. **0318**<br><br>**Creditor #: 86**<br>**Medical College of Wisconsin**<br>**Children's Specialty Group**<br>**P.O. Box 13367**<br>**Milwaukee, WI 53213-0367** | | W | | Medical Bill | | | | 687.00 |
| Account No. **xx-xxx1905**<br><br>**Creditor #: 87**<br>**Medical Healthcare Collections Inc.**<br>**P.O. Box 2107**<br>**Southfield, MI 48037** | | W | | Medical Bill | | | | 307.83 |
| Account No. **xxx0169**<br><br>**Creditor #: 88**<br>**Money Recovery Nationwide**<br>**8155 Executive Ct Ste 10**<br>**Lansing, MI 48917** | | - | | Opened 10/01/09<br>Collection Attorney St John North Shore Emergency | | | | 980.00 |
| Account No. **xxxxxx xxxx 1568**<br><br>**Creditor #: 89**<br>**Monica Maroney, D.C.**<br>**4433 N. Oakland Ave**<br>**Milwaukee, WI 53211** | | W | | Medical Bill | | | | 121.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,132.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                                          ,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx-0001<br><br>**Creditor #: 90**<br>**Mount Clemens Regional Medical**<br>**Center**<br>**P.O.Box 674351**<br>**Deroit, MI 48267-4351** | | W | | **11/4/2010**<br>**Medical Services** | | | | **3,445.00** |
| Account No. xxxxxxxxxxx1299<br><br>**Creditor #: 91**<br>**Nelnet**<br>**Attn: Claims**<br>**Po Box 17460**<br>**Denver, CO 80217** | | - | | **11/01/06 -  8/20/12**<br>**Educational** | | | | **7,868.00** |
| Account No. xxxxxxxxxx1399<br><br>**Creditor #: 92**<br>**Nelnet**<br>**Attn: Claims**<br>**Po Box 17460**<br>**Denver, CO 80217** | | - | | **11/01/06 -  8/20/12**<br>**Educational** | | | | **3,761.00** |
| Account No. xxxx xxxx x000 1<br><br>**Creditor #: 93**<br>**Nissan Motor Acceptance Corp.**<br>**Attn: Customer Service**<br>**P.O. Box 660360**<br>**Dallas, TX 75266-0360** | X | W | | **09/1/2006**<br>**Other Debt car loan, repo 7/24/10** | | | | **16,000.00** |
| Account No. xx7734<br><br>**Creditor #: 94**<br>**NRI Laboratories Inc.**<br>**5960 N. Milwaukee Ave.**<br>**Chicago, IL 60646** | | W | | **10/7/2011**<br>**Medical Bill** | | | | **9.55** |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,083.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                                                        ,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx5756** | | | | | **We Energies** | | | | |
| Creditor #: 95 **Omni Credit Services** **Attention: Bankruptcy** **Po Box 310424** **Roseville, MN 55113** | - | | | | | | | | **1,648.00** |
| Account No. **xxxxxx9015** | | | | | 03/18/2011 **Medical Bill** | | | | |
| Creditor #: 96 **Patrick Flaherty** **CMRE Financial Service Inc.** **3075 E, Imperial Hwy. #200** **Brea, CA 92821** | | | W | | | | | | **957.00** |
| Account No. **xxxxxx7962** | | | | | 02/1/2010 **Credit Card Purchase** | | | | |
| Creditor #: 97 **Penn Credit** **916 S 14th St** **P.O. Box 988** **Harrisburg, PA 17108-0988** | | | W | | | | | | **50.34** |
| Account No. **xxxxxxx7906** | | | | | 08/3/2012 **Medical Bill** | | | | |
| Creditor #: 98 **Provena Mercy Medical Center** **Patient Financial Services** **1643 Lewis Ave., Ste 203** **Billings, MT 59102-4151** | | | W | | | | | | **1,669.44** |
| Account No. **various** | | | | | 10/31/2011 **Medical Bill** | | | | |
| Creditor #: 99 **Quest Diagnostics** **Corporate Headquarters** **3 Giralda Farms** **Madison, NJ 07940** | | | W | | | | | | **200.00** |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,524.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Denise S. Kyser**                                                                         ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2230** <br><br>**Creditor #: 100**<br>**Radiology Waukesha SC**<br>**P.O. Box 1790**<br>**Brookfield, WI 53008-1790** | | W | Medical Bill | | | | 156.00 |
| Account No. **xxxxxxxx & xxxxxxxx & xxxx1922** <br><br>**Creditor #: 101**<br>**Rush Copley Medical Center**<br>**P. O. Box 352**<br>**Aurora, IL 60507-0352** | | W | Medical Bill | | | | 1,265.74 |
| Account No. **7112** <br><br>**Creditor #: 102**<br>**Sam's Club**<br>**Attn: BK Dept.**<br>**P.O. Box 103036**<br>**Roswell, GA 30076** | | W | Credit Card Purchase | | | | 370.00 |
| Account No. **0041** <br><br>**Creditor #: 103**<br>**SBC**<br>**Attn: BK Dept.**<br>**P.O. Box 769**<br>**Arlington, TX 76004-0769** | | W | Utility Bill | | | | 130.00 |
| Account No. **xxxxx27N1** <br><br>**Creditor #: 104**<br>**Senex Services Corp**<br>**3500 Depauw Blvd Ste 305**<br>**Indianapolis, IN 46268** | | - | Opened 10/01/10<br>Collection Attorney Mt Clemens Regional Medical Ce | | | | 2,673.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,594.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx2040 | | | | 06/9/2011 Utility Bill | | | | |
| Creditor #: 105 Sprint Corporate Headquarters 6550 Sprint Parkway Overland Park, KS 66251 | | W | | | | | | 681.30 |
| Account No. xxxx xxxxxx Shaw | | | | 07/10/2009 Medical Bill | | | | |
| Creditor #: 106 St. John North Shore Money Recovery Nationwide 8155 Executive Ct. Ste 10 Lansing, MI 48917 | | W | | | | | | 980.00 |
| Account No. xxxxxxx5510 | | | | 2/01/96 - 6/01/04 Credit Card Purchase | | | | |
| Creditor #: 107 Target  Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | - | | | | | | Unknown |
| Account No. 1803 | | | | 02/1/2008 Utility Bill | | | | |
| Creditor #: 108 Time Warner Cable 2323 N. Dr. Martin Luther King Dr. Milwaukee, MI 53212 | | W | | | | | | 125.00 |
| Account No. xxxxx1453 | | | | Opened  1/01/11 Collection Attorney Aurora Advanced Healthcare Sc | | | | |
| Creditor #: 109 Tri-state Adjustments 3439 East Ave S La Crosse, WI 54601 | | - | | | | | | 29.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,815.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                                                   ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1451**<br><br>**Creditor #: 110**<br>**Tri-state Adjustments**<br>**3439 East Ave S**<br>**La Crosse, WI 54601** | - | | **Opened 1/01/11**<br>**Collection Attorney Aurora Advanced Healthcare Sc** | | | | 29.00 |
| Account No. **xxxxx1454**<br><br>**Creditor #: 111**<br>**Tri-state Adjustments**<br>**3439 East Ave S**<br>**La Crosse, WI 54601** | - | | **Opened 1/01/11**<br>**Collection Attorney Aurora Advanced Healthcare Sc** | | | | 14.00 |
| Account No. **6078**<br><br>**Creditor #: 112**<br>**Truegreen Chemlawn**<br>**N W22550 Johnson Dr.**<br>**P.O. Box 1408**<br>**Waukesha, WI 53187-1408** | | W | **Other Debt** | | | | 41.00 |
| Account No. **xxxx2540**<br><br>**Creditor #: 113**<br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | - | | **Opened 4/01/12**<br>**Collection Attorney Henry Ford Macomb** | | | | 749.00 |
| Account No. **xxxxx8581**<br><br>**Creditor #: 114**<br>**Us Dept Of Ed/glelsi**<br>**Po Box 7860**<br>**Madison, WI 53707** | - | | **6/01/11- 6/30/12**<br>**Educational** | | | | 5,300.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,133.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Denise S. Kyser**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 115**<br>**Valley Imaging**<br>**6910 S. Madison St.**<br>**Willowbrook, IL 60527-5504** | | W | **Medical Bills** | | | | **96.50** |
| Account No. **xxxxxxxxxx0001**<br>**Creditor #: 116**<br>**Verizon**<br>**Verizon Wireless Department/Attn:**<br>**Bankru**<br>**Po Box 3397**<br>**Bloomington, IL 61702** | | - | **2/01/05 -  6/05/10**<br>**Utility Bill** | | | | **902.00** |
| Account No. **xxxx9081**<br>**Creditor #: 117**<br>**Village of Oswego**<br>**Illinois Collection Service Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477-9110** | | W | **03/7/2012**<br>**Other** | | | | **30.00** |
| Account No. **0001**<br>**Creditor #: 118**<br>**Waukesha Memorial Hospital**<br>**Patient Financial Services**<br>**725 American Ave**<br>**Waukesha, WI 53188-5099** | | W | **Medical Bills** | | | | **3,550.00** |
| Account No. **7-958**<br>**Creditor #: 119**<br>**We Energies**<br>**P.O. Box**<br>**Milwaukee, WI 53201-2046** | | W | **09/1/2008**<br>**Utility Bill (Utility Bill from 5000 N. 85th Street, Milwaukee, WI 53225)** | | | | **2,722.00** |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,300.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Denise S. Kyser**                                    ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Creditor #: 120 <br> **West Suburban Center for Arthritis** <br> **Douglas J. Hemple MD** <br> **601 N. Barker Road, Suite 110** <br> **Brookfield, WI 53045** | | W | **Medical Bills** | | | | **74.00** |
| Account No. **xxxxxx9101** <br><br> Creditor #: 121 <br> **Wi Electric / Wi Energies** <br> **Attention:  Jill Costello** <br> **Po Box 2046 Room A130** <br> **Milwaukee, WI 53201** | | - | **9/21/05  -11/01/06** <br> **Agriculture** | | | | **Unknown** |
| Account No. **xx67-01** <br><br> Creditor #: 122 <br> **Women's Health Specialists** <br> **16570 19 Mile Rd.** <br> **Clinton Twp., MI 48038** | | W | **08/1/2011** <br> **Medical Bill** | | | | **55.65** |
| Account No. <br><br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | **129.65** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **272,334.54** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Denise S. Kyser**                                                              ,      Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Denise S. Kyser**                                                                                    ,     Case No. _____

                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edwin Shaw**<br>**52101 Nottingham Ct.**<br>**Chesterfield, MI 48051** | **Chase Home Finance**<br>**Gray & Associates, LLP**<br>**600 North Broadway, Ste 300**<br>**Milwaukee, WI 53202-5099** |
| **Edwin Shaw**<br>**52101 Nottingham Ct.**<br>**Chesterfield, MI 48051** | **Chase**<br>**Corporate Headquarters**<br>**270 Park Avenue**<br>**New York, NY 10017** |
| **Edwin Shaw**<br>**52101 Nottingham Ct.**<br>**Chesterfield, MI 48051** | **Nissan Motor Acceptance Corp.**<br>**Attn: Customer Service**<br>**P.O. Box 660360**<br>**Dallas, TX 75266-0360** |
| **Edwin Shaw**<br>**52101 Nottingham Ct.**<br>**Chesterfield, MI 48051** | **Wisconsin Dept of Revenue**<br>**P.O. Box 8901**<br>**Madison, WI 53708-8901** |

**0**

_____  continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Denise S. Kyser** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**16**<br>**17**<br>**19**<br>**8** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Home help aid** | **Operations Manager** |
| Name of Employer | **Help at Home** | **CSX** |
| How long employed | **0 Years, 8 Months;** | **11.5 Years** |
| Address of Employer | **1750 E. Main Street, Suite 120**<br>**Saint Charles, IL 60174** | **P.O. Box J685**<br>**Jacksonville, FL 32232-5051** |
| **\*See Attachment for Additional Employment Information** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **653.25** | $ **6,400.83** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **653.25** | $ **6,400.83** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | | $ **36.92** | $ **331.78** |
|    b. Insurance | | $ **0.00** | $ **414.00** |
|    c. Union dues | | $ **27.00** | $ **79.60** |
|    d. Other (Specify)   **See Detailed Income Attachment** | | $ **0.00** | $ **123.61** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **63.92** | $ **948.99** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **589.33** | $ **5,451.84** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **364.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **364.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **953.33** | $ **5,451.84** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **6,405.17** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Employer Help at Home, Change: Will no longer be employed after 8/31/12 as we are moving back to Michigan due to my husband's illness.**

**Employer CSX Intermodal, Change: This is my husband's employer. He has been on short term disability since 4/18/2012,he will be turned over to long term disability in September 2012, at which time he will receive 60% of his pay and we will lose our health & life insurance benefits.**

**B6I (Official Form 6I) (12/07)**

In re    **Denise S. Kyser**                                                           Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **401 k (non-filing spouse)** | $ **0.00** | $ **62.86** |
| **Personal accident insurance** | $ **0.00** | $ **9.94** |
| **Other Deductions (legal plan, etc.)** | $ **0.00** | $ **50.81** |
| **Total Other Payroll Deductions** | $ **0.00** | $ **123.61** |

B6I (Official Form 6I) (12/07)

In re __**Denise S. Kyser**_____    Case No. _____
                                                Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Home help aid** | |
| Name of Employer | **Help at Home** | |
| How long employed | **0 Years, 8 Months** | |
| Address of Employer | **1750 E. Main Street**<br>**Suite 120**<br>**St. Charles, IL 60174** | **Expected change: Will no longer be employed after 8/31/12 as we are moving back to Michigan due to my husband's illness.** |

| Spouse | | |
|---|---|---|
| Occupation | **Operations Manager** | |
| Name of Employer | **CSX Intermodal** | **Expected change: This is my husband's employer. He has been on short term disability since 4/18/2012,he will be turned over to long** |
| How long employed | **11 Years, 5 Months** | **term disability in September 2012, at which time** |
| Address of Employer | **P.O. Box J685**<br>**Jacksonville, FL 32232-5051** | **he will receive 60% of his pay and we will lose our health & life insurance benefits.** |

B6J (Official Form 6J) (12/07)

In re **Denise S. Kyser** _____   Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,795.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 285.00 |
| b. Water and sewer | | $ | 110.00 |
| c. Telephone | | $ | 268.00 |
| d. Other   **See Detailed Expense Attachment** | | $ | 359.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 120.00 |
| 4. Food | | $ | 1,062.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 100.00 |
| 7. Medical and dental expenses | | $ | 450.00 |
| 8. Transportation (not including car payments) | | $ | 520.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 21.00 |
| b. Life | | $ | 25.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 224.00 |
| e. Other   **Spouse's Motorcycle Insurance** | | $ | 36.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **IL Dept of Revenue 2011** | | $ | 50.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other   **See Detailed Expense Attachment** | | $ | 545.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ | 324.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ 6,644.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,405.17 |
| b.   Average monthly expenses from Line 18 above | $ | 6,644.00 |
| c.   Monthly net income (a. minus b.) | $ | -238.83 |

**B6J (Official Form 6J) (12/07)**
In re   **Denise S. Kyser**                                                                                           Case No. _____
                                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Nirco** | $ | **139.00** |
| **Cable** | $ | **220.00** |
| **Total Other Utility Expenditures** | $ | **359.00** |

**Other Installment Payments:**

| | | |
|---|---|---|
| **Spouse's Captial One** | $ | **28.00** |
| **Spouse's Student loan** | $ | **110.00** |
| **Spouse's Car Payment** | $ | **407.00** |
| **Total Other Installment Payments** | $ | **545.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Trash removal** | $ | **41.00** |
| **Miscellaneous Houshold expenses (cleaning, paper goods, etc** | $ | **60.00** |
| **Pet Care** | $ | **75.00** |
| **Parking fees (hospital)** | $ | **48.00** |
| **Haircuts** | $ | **100.00** |
| **Total Other Expenditures** | $ | **324.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Denise S. Kyser**
_____    Case No. _____
                                                Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 28, 2012**          Signature   **/s/ Denise S. Kyser**
                                                **Denise S. Kyser**
                                                Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Denise S. Kyser__                           Case No. _____

                                    Debtor(s)       Chapter     __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,927.04 | 2012 Wife Help at Home |
| $60,230.15 | 2012 Husband CSX Intermodal |
| $145,078.00 | 2011 Joint (includes moving reimbursement) |
| $20,854.00 | 2010 Wife |
| $74,468.00 | 2010 Husband |

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$2,772.00** | **2012 Wife Child Support** |
| **$3,192.00** | **2011 Wife Child Support** |

## 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **In the Matter of the Estate of Edward Crozier III, Case no. 2011-202,306-DE** | **Probate** | **State of Michigan, County of Macomb** | **Pending - no asset distribution expected** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kumor & Hipple, P.C.**<br>**303 W. Main Street**<br>**West Dundee, IL 60118** | **08-24-2012** | **$430.00 Bankruptcy costs (i.e. filing fee, credit counseling fees, credit report, electronic preparation)** |

**10.  Other transfers**

None
☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Chase Home Finance**<br>**Gray & Associates, LLP**<br>**600 North Broadway, Ste 300**<br>**Milwaukee, WI 53202-5099**<br>  **Lender** | **12/2010** | **Sheriff Sale - Foreclosure** |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 22089 Beecwood<br>Eastpointe MI 48021-0000 | Denise Shaw | 2009-2010 |
| 23346 Demley<br>Clinton Twp. MI 48035-0000 | Denise Shaw | 2010-2011 |

### 16. Spouses and Former Spouses

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Edwin Shaw**
**5/2001 - 2/2011**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|---------|

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------|------|------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------|------|------|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|------|------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------|------|------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 28, 2012**                        Signature  **/s/ Denise S. Kyser**

                                                            **Denise S. Kyser**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Denise S. Kyser**                                    Case No.
                                          Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** -NONE- | **Describe Property Securing Debt:** |
| Property will be (check one): <br> ☐ Surrendered            ☐ Retained <br><br> If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> ☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES            ☐ NO |

*I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.*

Date   **August 28, 2012**                    Signature   **/s/ Denise S. Kyser**
                                                         **Denise S. Kyser**
                                                         Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Denise S. Kyser** _____   Case No. _____

_____   Chapter   **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $ _____ **900.00**

   Prior to the filing of this statement I have received ............................... $ _____ **0.00**

   Balance Due .......................................................................................... $ _____ **900.00**

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor       ■ Other (specify):   **Legal Plan**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning;**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; Negotiations w/ secured creditors to reduce market value.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 28, 2012** _____        /s/ Roxanna M. Hipple, Esq. _____
                                                           **Roxanna M. Hipple, Esq. 6211097**
                                                           **KUMOR & HIPPLE, P.C.**
                                                           **303 West Main Street**
                                                           **West Dundee, IL 60118**
                                                           **(847) 426-2900  Fax: (847) 426-2907**
                                                           **rhipple@kumorhipple.com**

---

## Retainer Agreement

I (We), _Antonio + Denise Kiser_, the undersigned, hereinafter referred to as "Client", agree to employ Kumor & Hipple, P.C, hereinafter referred to as "Attorney", to render legal services in connection with filing a bankruptcy case on my (our) behalf, and hereby empower and authorize Attorney to handle all actions, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

**Fees and Costs.**

    1. Fees. **PAID HYATT LEGAL ACCORDING TO CLIENT LEGAL PLAN COVERAGE**

        a. ~~Client agrees to pay Attorney a fee of $1,500.00 for attorney legal services set forth herein to prepare a Chapter 7 bankruptcy case.~~

        b. Client also agrees that in the event that they decide to file a Chapter 13 case, either by choice or because they are ineligible to file a Chapter 7, then, they will be required to sign a Court-Approved Model Retention Agreement which sets forth the agreement between Debtor and Attorney for a Chapter 13 case, ~~including payment of any additional fees that will be paid to attorney for handling a Chapter 13 case. Client also understands that the $1,500.00 paid by Client pursuant to this agreement, shall be applied towards the total attorneys fees paid by Client for preparation of their Chapter 13 case, and included in the total amount paid to Attorney in the Court-Approved Model Retention Agreement.~~ Client understands that Attorney shall not complete any further work for preparation of a Chapter 13 case, until the Client signs the Court-Approved Model Retention Agreement with Attorney. Client also understands that they are not obligated to sign the Court Approved Retention Agreement, although Attorney may not be able to assist Client further with preparation of a Chapter 13 case, as Federal Bankruptcy Rules require a written agreement between Client and Attorney, and the agreement that is used by Attorney is the Court-Approved Model Retention Agreement, which cannot be modified by either party, pursuant court rules.

    2. Costs. Client agrees to pay all costs, including the filing fee for the bankruptcy, obtaining a current credit report, payment of credit counseling fees (if applicable), court fees for filing all amended schedules and any other out-of pocket costs. Client shall pay ~~an initial retainer of $500.00 to attorney for said costs.~~ In the event that there are additional out-of-pocket costs, such as obtaining tax transcripts, court fees for filing amended schedules, etc, Client agrees to provide Attorney with advance payment for said costs, prior to any advance of payment of the cost on behalf of Client by Attorney.

Aug 23 12 12:43   RECEIVED 08/23/2012 03:01   8474262907   KUMOR & HIPPLE, P.C.   p.4

**Advance Payment Retainer Agreement.** This retainer agreement is an advance payment retainer agreement. The attorney fees and costs that Client has agreed to pay Attorney shall transfer to Kumor & Hipple, P.C. immediately upon payment.

As our client, it is your option to have your money placed into a security retainer. The purpose of an advance payment retainer is to allow Client to retain Attorney to represent him against creditors. Client understands that it is advantageous to treat this retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors. If this retainer were treated as a security retainer said funds would remain the property of Client and therefore subject to the claims of the Client's creditors. The choice of the type of retainer to be used is solely the decision of the Client. _If Client desires that said retainer shall be a security retainer, then they shall notify attorney in writing at the time this agreement is signed._

**Services Provided.** It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; counseling as to various types of bankruptcy chapters; effect of bankruptcy on future ability to obtain new credit; effect of reaffirmation, redemption, avoiding liens and surrendering property; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, and closing the file.

**Services Not Provided.** Client agrees that additional attorney's fees would be due in the event that any additional representation becomes necessary, including, but not limited to any 2004 examination, any adversary proceedings, objections to discharge, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.

~~**Decision Not to Proceed or Use Attorney's Services.** The Client agrees that should he decide not to file bankruptcy or decide not to continue using Attorney's services, Attorney may charge time against any retainer paid the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred.~~

**Client Responsibilities.** Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. ~~If Client fails to provide Attorney with all information~~

Aug 23 12:34 43    RECEIVED  08/23/2012 03:01    8474262907    KUMOR & HIPPLE, P.C.

~~necessary to prepare the necessary documents and said failure necessitates any amendments to the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 for attorney fees, as well as any costs for said amendment.~~

Client understands that they MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the court reopening fee ~~and additional Attorney's fees of $600.00~~ for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced ~~fees and~~ costs are paid.

**Copies of Documents / File Retention.** Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. In the event that Client requires additional copies of the Attorney's file the Client understands that he will be charged for those copies.

Client understands that his or her file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

**Default.** It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

**Other Assistance.** In some cases it may be necessary to hire an attorney outside Attorney's firm to assist with the case. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

**Other.** The fees charged are in connection with this bankruptcy and for bankruptcy issues only. They do not include resolution of any other matters involving credit information.

This constitutes the entire agreement between the Attorney and Client regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve any disputes through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency that helps people file for relief under the Bankruptcy Code.

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Date: 8/23/12

_____
CLIENT SIGNATURE

_____
CLIENT SIGNATURE

Antoni D Kiser
PRINT NAME

Denise S. Kiser
PRINT NAME

_____
ATTORNEY SIGNATURE

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re __**Denise S. Kyser**_____
_____ Debtor(s)

Case No. _____

Chapter __**7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__**Denise S. Kyser**_____
Printed Name(s) of Debtor(s)

X __**/s/ Denise S. Kyser**_____ __**August 28, 2012**__
    Signature of Debtor           Date

Case No. (if known) _____

X _____
    Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Denise S. Kyser**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          **105**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 28, 2012**

**/s/ Denise S. Kyser**

**Denise S. Kyser**

Signature of Debtor

Account Recovery Service
3031 N 114th St
Milwaukee, WI 53222


Advanced Healthcare, S.C.
P.O. Box 091700
Milwaukee, WI 53209-8700


Allergy Asthma & Sinus Center
2228 Weber Road
Crest Hill, IL 60403


American Honda Finance
Attn: Bankruptcy
3625 West Royal Lane Suite 200
Irving, TX 75063


American Honda Finance
P.O. Box 5308
Elgin, IL 60121-5308


American Honda Finance
Po Box 168088
Irving, TX 75016


Americollect
Po Box 1566
Manitowoc, WI 54221


Americollect Inc
1851 S Alverno Rd
Manitowoc, WI 54220


Arcadia Financial
Citifinancial/Attn: Bankruptcy Dept
1111 Northpoint Dr
Coppell, TX 75019


ASF
640 Plaza Drive #300
Highlands Ranch, CO 80129


Assoc Coll
Po Box 1039
Janesville, WI 53547

Aurora Advanced Healthcare, Inc.
P.O. Box 091700
Milwaukee, WI 53209-8700


Aurora Medical Group
P.O. Box 341457
Milwaukee, WI 53234-1457


Beaumont Hospitals
750 Stephenson Hwy
P.O. Box 5042
Troy, MI 48007


Beaumont Laboratory
P.O. Box 5043
Troy, MI 48007


Beaumont Laboratory
P.O. Box 5043
Troy, MI 48007-5043


Beaumont Troy Hospital
LJ Ross and Associates
P.O. Box 1838
Ann Arbor, MI 48106


Beloit Memorial Hospital
1969 West Hart Hospital
Beloit, WI 53511


Beloit Radiology Ltd.
2101 Riverside Drive
Beloit, WI 53511


CBCS
P.O. Box 163333
Columbus, OH 43216


Chase
Corporate Headquarters
270 Park Avenue
New York, NY 10017

Chase Home Finance
Gray & Associates, LLP
600 North Broadway, Ste 300
Milwaukee, WI 53202-5099


Children's Hospital and Health System
Drawer 531
Milwaukee, WI 53278


City of Milwaukee
Office of the Treasurer, City Hall
Room 103, 200 East Wells St.
Milwaukee, WI 53202


Cmre Financial Services Inc
3075 E Imperial Hwy
Suite 200
Brea, CA 92821


Colorado Student Loa/College Assist
1560 Broadway
Ste. 1700
Denver, CO 80202


Comcast Cable
Crd Prt Asso
One Galleria Tower, 13355 Noel Rd. S
Dallas, TX 75240


Comprehensive Collection
Po Box 163333
Columbus, OH 43216


Congress Collection Co
24901 Northwestern Highway Suite 300
Southfield, MI 48075


Consumers Energy
Lansing
Lansing, MI 48937-0001


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Credit Services Inc
304 Quincy St
Hancock, MI 49930


Curves International
Attn: legal/BK Dept.
100 Ritchie Road
Waco, TX 76712


Disney Bookclub
c/o North Shore Agency
P.O. Box 8901
Westbury, NY 11590-8901


Disney Movie Club
P.O. Box 758
Neenah, WI 54957-0758


Dryer Medical Group, LTD.
P.O. Box 105173
Atlanta, GA 30348-5173


Dte Energy
Attention: Bankruptcy Department
Po Box 740786
Cincinnati, OH 45274


DTE Energy
1 Energy Plaza #WCB2106
Detroit, MI 48226


Eastpointe Radiologists PC
36175 Harper Ave
Clinton Twp., MI 48035


Edwin Shaw
52101 Nottingham Ct.
Chesterfield, MI 48051


Emergency Medical Associates
6400 Industrial Loop
Greendale, WI 53129

Emergency Treatment, S.C.
900 Jorie Blvd., Ste 220
Oak Brook, IL 60523


Empact Emergency Phys LLC
P.O. Box 5997
Dept 20 7009
Carol Stream, IL 60197-5997


Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303


General Radiology Assoc.
Credit Services Inc.
304 Quincy St
Hancock, MI 49930


Harness Law Offices
4465 North Oakland Ave.
Suite G
Milwaukee, WI 53211-1662


Healthport
P.O. Box 409900
Atlanta, GA 30384


Henry Ford Macomb Hospital
15855 19 Mile Rd.
Clinton Twp., MI 48038


Henry Ford Macomb Hospital
P.O. Box 673981
Detroit, MI 48267-3981


Henry Ford Macomb Hospital CRNA
P.O. Box 673976
Detroit, MI 48267-3976


Henry Ford Pathology
P.O. Box 673835
Detroit, MI 48267-3835

Henry Ford Pathology CT
P.O. Box 673835
Detroit, MI 48267


Illinois Collections Services
P.O. Box 1010
Tinley Park, IL 60477


Illinois Department of Revnue
P.O. Box 1040
Galesburg, IL 61402-1040


Jack L. Berman
22305 Woodward Ave.
Ferdale, MI 48220


JJ Marshall & Associates
Po Box 6099
Jackson, MI 49204


Kathy Peirce
37715 Ingleside
Clinton Twp., MI 48036


Law Offices of Donald R Conrad
c/o Beaumont Reference Lab
13750 Merriman
Livonia, MI 48150


LJ Ross Associates, Inc.
P.O. Box 6099
Jackson, MI 49204-6099


M & M Credit
6324 Taylor Dr.
Flint, MI 48507


Macomb Anesthesia, PC
P.O. Box 380404
Clinton Twp., MI 48038


Macomb Anesthesia, PC
P.O. Box 380404
Clinton Twp., MI 48038-0065

Macomb County
Reimbursement Division
40 N. Main, 5th Floor
Mt. Clemens, MI 48043


MCS Collections, Inc.
725 South Wells Street
Suite 501
Chicago, IL 60607


Medical College of Wisconsin
Children's Specialty Group
P.O. Box 13367
Milwaukee, WI 53213-0367


Medical Healthcare Collections Inc.
P.O. Box 2107
Southfield, MI 48037


Money Recovery Nationwide
8155 Executive Ct Ste 10
Lansing, MI 48917


Monica Maroney, D.C.
4433 N. Oakland Ave
Milwaukee, WI 53211


Mount Clemens Regional Medical Center
P.O.Box 674351
Deroit, MI 48267-4351


Mt. Clemens Regional Medical Center
Senex Services Corp.
P.O. Box 90199
Indianapolis, IN 46290-0199


Nelnet
Attn: Claims
Po Box 17460
Denver, CO 80217


Nelnet Loans
6420 Southpoint Pkwy.
Jacksonville, FL 32216

Nissan Motor Acceptance Corp.
Attn: Customer Service
P.O. Box 660360
Dallas, TX 75266-0360


NRI Laboratories Inc.
5960 N. Milwaukee Ave.
Chicago, IL 60646


Omni Credit Services
Attention: Bankruptcy
Po Box 310424
Roseville, MN 55113


Patrick Flaherty
CMRE Financial Service Inc.
3075 E, Imperial Hwy. #200
Brea, CA 92821


Penn Credit
916 S 14th St
P.O. Box 988
Harrisburg, PA 17108-0988


Provena Mercy Medical Center
Patient Financial Services
1643 Lewis Ave., Ste 203
Billings, MT 59102-4151


Quest Diagnostics
Corporate Headquarters
3 Giralda Farms
Madison, NJ 07940


Quest Diagnostics
P.O. Box 809403
Chicago, IL 60680-9403


Radiology Waukesha SC
P.O. Box 1790
Brookfield, WI 53008-1790


Rush Copley Medical Center
P. O. Box 352
Aurora, IL 60507-0352

Sam's Club
Attn: BK Dept.
P.O. Box 103036
Roswell, GA 30076


SBC
Attn: BK Dept.
P.O. Box 769
Arlington, TX 76004-0769


Senex Services Corp
3500 Depauw Blvd Ste 305
Indianapolis, IN 46268


Sprint
Corporate Headquarters
6550 Sprint Parkway
Overland Park, KS 66251


Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191


St. John North Shore
Money Recovery Nationwide
8155 Executive Ct. Ste 10
Lansing, MI 48917


Target  Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440


Time Warner Cable
2323 N. Dr. Martin Luther King Dr.
Milwaukee, MI 53212


Tri-state Adjustments
3439 East Ave S
La Crosse, WI 54601


Truegreen Chemlawn
N W22550 Johnson Dr.
P.O. Box 1408
Waukesha, WI 53187-1408

United Collect Bur Inc
5620 Southwyck Blvd Ste
Toledo, OH 43614


Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707


Usdoe/glelsi
2401 International
Madison, WI 53704


Valley Imaging
6910 S. Madison St.
Willowbrook, IL 60527-5504


Verizon
Verizon Wireless Department/Attn: Bankru
Po Box 3397
Bloomington, IL 61702


Verizon Wireless
Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735-9100


Village of Oswego
Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Waukesha Memorial Hospital
Patient Financial Services
725 American Ave
Waukesha, WI 53188-5099


We Energies
P.O. Box
Milwaukee, WI 53201-2046


West Suburban Center for Arthritis
Douglas J. Hemple MD
601 N. Barker Road, Suite 110
Brookfield, WI 53045

Wi Electric / Wi Energies
Attention: Jill Costello
Po Box 2046 Room A130
Milwaukee, WI 53201


Wisconsin Dept of Revenue
P.O. Box 8901
Madison, WI 53708-8901


Women's Health Specialists
16570 19 Mile Rd.
Clinton Twp., MI 48038